335 A.2d 351

**COMMONWEALTH of Pennsylvania**

v.

**Rudolph Lee HILL, Appellant.**

Supreme Court of Pennsylvania.

Argued April 19, 1974.

Decided April 17, 1975.

Vincent J. Ziccardi, Defender, John W. Packel, Chief, Appeals Division, Defender Assn. of Phila., Douglas Riblet, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Norris E. Gelman, Asst. Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The judgment of sentence is affirmed 224 Pa.Super. 714, 300 A.2d 778.

ROBERTS, J., would dismiss the appeal as improvidently granted.